IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES                                                                                           PLAINTIFF

v.                                     Case No.  5:14-CR-50027

ALVARO GONZALO-ROJAS
a/k/a Alvaro Gonzalo Zelada-Rojas
a/k/a Alvaro Gonzalo Rojzs-Zelada                                                               DEFENDANT

**O R D E R**

      Currently before the Court is the Report and Recommendation (Doc. 11) filed in this case on May 2, 2014, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas.  Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter.  (Doc. 10, para. 3).

      The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the report and recommendation is proper and should be and hereby is ADOPTED IN ITS ENTIRETY.

      Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's guilty plea is accepted, and the written plea agreement is tentatively approved, subject to final approval at sentencing.

      IT IS SO ORDERED this 2nd day of May, 2014.

                                                /s/ Timothy L. Brooks
                                                TIMOTHY L. BROOKS
                                                UNITED STATES DISTRICT JUDGE